767 A.2d 541

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Allbean ARRINGTON, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 29, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 29th day of January, 2001, the petition for allowance of appeal is denied without prejudice to petitioner's ability to challenge counsels' effectiveness in a timely petition for post-conviction relief.